IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MAYA ZAPATA,

    Plaintiff,

v.                                    Case No.  3:21-cv-410-TKW/HTC

LUCKY'S OF DESTIN LLC,
d/b/a LUCKY'S ROTTEN APPLE, and
WENDY GREENE,

    Defendants.
_____/

## JUDGMENT

Plaintiff Mary Zapata (now Mary Varner) shall recover from Defendants Lucky's of Destin, LLC d/b/a Lucky's Rotten Apple and Wendy Greene, jointly and severally, the total amount of $6,807.72, plus post-judgment interest at the statutory rate, for which sum let execution issue.

                                              JESSICA J. LYUBLANOVITS,
                                              CLERK OF COURT

October 12, 2021                s/ Jeremy Wright
DATE                                  Deputy Clerk